IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEY SOURCE INTERNATIONAL INC.,
a California corporation,

    Plaintiff,

  v.

APEX MARITIME SHIPPING COMPANY, HARTFORD FIRE INSURANCE COMPANY, and DOES 1 to 100, inclusive,

    Defendants.

No. C 09-02389 WHA

**ORDER DISMISSING CASE**

    Based on the notice of settlement of entire action filed by counsel (Dkt. 62), the Court hereby **DISMISSES** the complaint and the Clerk shall **CLOSE** the file.

    **IT IS SO ORDERED.**

Dated: February 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE