IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEY SOURCE INTERNATIONAL INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>APEX MARITIME SHIPPING COMPANY, HARTFORD FIRE INSURANCE COMPANY, and DOES 1 to 100, inclusive,<br><br>    Defendants.<br>                                        / | No. C 09-02389 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

       The opposition to the pending motion to strike plaintiff's third amended complaint, filed by defendant Hartford Fire Insurance Company, was due on March 4, 2010. It is now March 8. No opposition or statement of non-opposition under Civil Local Rule 7-3(b) has been filed by plaintiff. As such, the hearing on the motion set for March 25 is **VACATED**. Plaintiff is hereby **ORDERED TO SHOW CAUSE** by **NOON ON FRIDAY, MARCH 12** why the Court should not treat the pending motion as unopposed and rule on it accordingly. If no response is filed by plaintiff, the motion to strike will, in all likelihood, be granted.

       **IT IS SO ORDERED.**

Dated: March 9, 2010.

                                                       WILLIAM ALSUP<br>                                                       UNITED STATES DISTRICT JUDGE