Donald Charles Schwartz, Esq. (SBN 122476)
Schwartz Law Offices
9000-s Crow Canyon Road, Suite 399
Danville, CA 94605
831-331-9909; Facsimile 510-969-7020

Attorney for Plaintiff
Key Source International, Inc.

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEY SOURCE INTERNATIONAL, INC. a California corporation, Plaintiff,<br><br>vs.<br><br>APEX MARITIME SHIPPING COMPANY; HARTFORD FIRE INSURANCE COMPANY; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. CV 09 2389 WHA<br><br>**STIPULATION FOR ORDER DISMISSING ENTIRE ACTION: ORDER** |

A Confidential Settlement Agreement having been executed by all parties of record herein, all said parties hereby authorize and instruct the Court to dismiss the above entitled action with prejudice.

Date: March 16, 2010

Donald C. Schwartz
Attorney for Plaintiff
KEY SOURCE INTERNATIONAL, INC.

\\

\\

DATED: March 16, 2010

HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

/for

STEPHEN M. HAYES
Attorney for Defendant
HARTFORD FIRE INSURANCE COMPANY

DATED: ______, 2010

BULLIVANT HOUSER BAILEY PC

______________________

MARILYN RAIA
Attorney for Defendant
APEX MARITIME COMPANY INC.

DATED: ______, 2010

KNUDTSON & NUTTER LLP

______________________

MELISSA L. McDONALD
Attorney for Defendant
PENNBROOK INSURANCE SERVICES, INC.

DATED: ______, 2010

ERICKSEN ARBUTHNOT

______________________

ANDREW P. SCLAR
Attorney for Defendant
CALIFORNIA ASSOCIATED INSURANCE BROKERS

DATED: __________, 2010

HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

______________________________
STEPHEN M. HAYES
Attorney for Defendant
HARTFORD FIRE INSURANCE COMPANY

DATED: Mar 16, 2010

BULLIVANT HOUSER BAILEY PC

Marilyn Raia
______________________________
MARILYN RAIA
Attorney for Defendant
APEX MARITIME COMPANY INC.

DATED: __________, 2010

KNUDTSON & NUTTER LLP

______________________________
MELISSA L. McDONALD
Attorney for Defendant
PENNBROOK INSURANCE SERVICES, INC.

DATED: __________, 2010

ERICKSEN ARBUTHNOT

______________________________
ANDREW P. SCLAR
Attorney for Defendant
CALIFORNIA ASSOCIATED INSURANCE BROKERS

DATED: March 16, 2010

HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

/for

STEPHEN M. HAYES
Attorney for Defendant
HARTFORD FIRE INSURANCE COMPANY

DATED: __________, 2010

BULLIVANT HOUSER BAILEY PC

MARILYN RAIA
Attorney for Defendant
APEX MARITIME COMPANY INC.

DATED: 3-18, 2010

KNUDTSON & NUTTER LLP

MELISSA L. McDONALD
Attorney for Defendant
PENNBROOK INSURANCE SERVICES, INC.

DATED: __________, 2010

ERICKSEN ARBUTHNOT

ANDREW P. SCLAR
Attorney for Defendant
CALIFORNIA ASSOCIATED INSURANCE BROKERS

DATED: __________, 2010

HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

______________________________
STEPHEN M. HAYES
Attorney for Defendant
HARTFORD FIRE INSURANCE COMPANY

DATED: __________, 2010

BULLIVANT HOUSER BAILEY PC

______________________________
MARILYN RAIA
Attorney for Defendant
APEX MARITIME COMPANY INC.

DATED: __________, 2010

KNUDTSON & NUTTER LLP

______________________________
MELISSA L. McDONALD
Attorney for Defendant
PENNBROOK INSURANCE SERVICES, INC.

DATED: 3/22, 2010

ERICKSEN ARBUTHNOT

______________________________
ANDREW P. SCLAR
Attorney for Defendant
CALIFORNIA ASSOCIATED INSURANCE BROKERS

**ORDER DISMISSING ENTIRE ACTION**

The parties having so agreed, the herein action is herey dismissed in its entirety, with prejudice. **THE CLERK SHALL CLOSE THE FILE.**

Date: March 25, 2010.

Hon. William Alsup
Judge of the United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge William Alsup

**STIPULATION FOR ORDER DISMISSING ENTIRE ACTION; ORDER**

3